IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JACOB HILDERBRAND,

Defendant.

CRIMINAL CASE NO.

1:10-CR-199-02-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [53] recommending accepting defendant's plea of guilty tendered on December 14, 2010. No objections have been filed to the Report and Recommendation.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [53] and **ACCEPTS** the defendant's plea of guilty as to Count Two of the Indictment. The Court notes that the sentencing date has been set for TUESDAY, **APRIL 5, 2011, 2:00 P.M., COURTROOM 2107.**

SO ORDERED this 8 day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)